19800. NEWBERRY *v.* THE STATE.

BLOODWORTH, J. Where there is any evidence to support the verdict, and no error of law, this court is absolutely without authority to control a verdict which has the approval of the judge.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JULY 9, 1929.

*W. I. Geer,* for plaintiff in error.
*B. T. Castellow, solicitor-general, Bond Almand,* contra.

19803. SLAGLE *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the sole assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial, based upon the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 9, 1929.

*Y. A. Henderson,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.